**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard Charles Bannon II          CHAPTER 7
          Debtor(s)

BKY. NO. 25-14281 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB and index same on the master mailing list.

    Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
03 Nov 2025, 12:09:16, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322