**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard Charles Bannon II <br> Debtor(s) | CHAPTER 7 <br><br> BKY. NO. 25-14281 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
03 Nov 2025, 12:09:16, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 628b836edcdc1fd6129df9b08b8280e4447be85aa5c9bbf1fb9137ec5c63903b