25-14281

Judge Meyer:

Request for Extension to file Forms,

I am still trying hoping to find an experienced Bankruptcy Attorney to represent me.

If unable to do so, I will continue to go to the Jenkins Law Library + attempt to prepare my case to the best of my abilities.

Richard C. Bannon, II
Y.O.B (1980)