# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**Richard Charles Bannon, II,**         :         Chapter 7
                                        :
                    **Debtor.**         :
                                        :         Bky. No. 25-14281 (PMM)

## ORDER

**AND NOW,** upon consideration of the *pro se* Debtor's Motion to Extend time to File Schedules and Statements (doc. #14, the "Motion");

It is hereby **ordered** that:

1) The Motion is **granted**;

2) The Debtor must file all required documents, see doc. #6, on or before **November 17, 2025**;

3) **No further extensions shall be granted**; and

4) The hearing scheduled for November 19, 2025, see doc. #7, **shall take place**.

**Date:  11/5/25**

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010