# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:** : Chapter 7

**Richard Charles Bannon, II,**

Case No. 25-14281 (PMM)

:

**Debtor.** :

## ORDER

**AND NOW** a hearing having been held and concluded on November 19, 2025;

AND for the reasons stated at the hearing, including the fact that the *pro se* Debtor failed to file the required documents and schedules;

It is hereby **ordered** that:

1) The above captioned case is **dismissed**;

2) The Debtor may, if he chooses, on or before **December 4, 2025**, file a motion to reopen his previous bankruptcy case, 24-14263, in order to submit a certificate of instructional course for personal financial management and receive a discharge; and

3) If the Debtor chooses to file a motion to reopen case no. 24-14263, he must pay the full fee to reopen at the time that the motion to reopen is filed.

**Date:** 11/19/25

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010